**UNPUThLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 03-1138

———————

JAMES KING; LINDA KING; WENDY KING,

                                    Plaintiffs - Appellants,

        and

STANLEY JAMES DEVELOPMENT CORPORATION,

                                    Plaintiff,

        versus

LAW FIRM OF GOLDMAN & VETTER; BIG CREEK
ENTERPRISES, INCORPORATED, an Illinois
Corporation and James Elson; MIDAMERICA
NATIONAL BANK, and Mr. David Hayes; IRVING
EVANS; GARNET EVANS,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-02-
2164-AMD)

———————

Submitted:  July 10, 2003        Decided:  October 6, 2004

———————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

_____

William Ray Ford, Camp Springs, Maryland, for Appellants.  Gerard R. Vetter, GOLDMAN & VETTER, P.A., Baltimore, Maryland, for Appellee Law Firm of Goldman & Vetter; Irving Evans, Garnet Evans, Appellees Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James King, Linda King, and Wendy King appeal the district court's order dismissing sua sponte their civil complaint pursuant to 28 U.S.C. § 1915(e) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See King v. Law Firm of Goldman & Vetter, No. CA-02-2164-AMD (D. Md. Jan. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED